```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 01184
    GENEVA FERGUSON
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9510


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/24/2007 and was confirmed 06/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/15/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CHARLOTTE ELLISON           PRIORITY       NOT FILED          .00           .00
ROUNDUP FUNDING LLC         UNSEC W/INTER     612.00          .00           .00
COMCAST                     NOTICE ONLY    NOT FILED          .00           .00
COMMONWEALTH EDISON         UNSEC W/INTER NOT FILED           .00           .00
ERS SOLUTIONS               NOTICE ONLY    NOT FILED          .00           .00
ER SOLUTIONS INC            UNSEC W/INTER NOT FILED           .00           .00
JOHN FERGUSON               NOTICE ONLY    NOT FILED          .00           .00
NICOR GAS                   UNSEC W/INTER NOT FILED           .00           .00
ECAST SETTLEMENT CORP       UNSEC W/INTER     852.15          .00           .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER     175.82          .00           .00
SELECT PORTFOLIO SERVICI    NOTICE ONLY    NOT FILED          .00           .00
URSULA FERGUSON             NOTICE ONLY    NOT FILED          .00           .00
VILLAGE OF MAYWOOD          SECURED           179.44         4.49        179.44
SELECT PORTFOLIO SERVICI    CURRENT MORTG       .00           .00           .00
SELECT PORTFOLIO SERVICI    NOTICE ONLY    NOT FILED          .00           .00
DR HENRY ACUNA              UNSEC W/INTER NOT FILED           .00           .00
FEIN & SEESKIN              UNSEC W/INTER NOT FILED           .00           .00
ECAST SETTLEMENT CORP       UNSEC W/INTER     589.88          .00           .00
MAYWOOD FIRE DEPT           UNSEC W/INTER NOT FILED           .00           .00
MERCHANTS & PROFESSIONAL    UNSEC W/INTER NOT FILED           .00           .00
SANTANA ENERGY SERVICES     NOTICE ONLY    NOT FILED          .00           .00
WEST LAKE HOSPITAL          UNSEC W/INTER NOT FILED           .00           .00
SELECT PORTFOLIO SERVICI    MORTGAGE ARRE   32167.96          .00      12120.38
LEGAL ASSISTANCE FOUNDAT    DEBTOR ATTY         .00                         .00
TOM VAUGHN                  TRUSTEE                                      954.88
DEBTOR REFUND               REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                13,259.19
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01184 GENEVA FERGUSON

```
PRIORITY                                                          .00
SECURED                                                     12,299.82
     INTEREST                                                    4.49
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                           954.88
DEBTOR REFUND                                                     .00
                                     ----------------   ----------------
TOTALS                                       13,259.19          13,259.19
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 01184 GENEVA FERGUSON